IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LOUISIANA WHOLESALE DRUG COMPANY, INC., on behalf of itself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., CANCER RESEARCH TECHNOLOGY LIMITED and SANOFI-AVENTIS,<br><br>    Defendants. | C.A. No. 10-183 SLR |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Louisiana Wholesale Drug Company, Inc., plaintiff, proceeding in accordance with Fed.R.Civ.P. 41(a)(1)(A)(i), hereby dismisses this action without prejudice.

                                                                                  /s/ Jeffrey S. Goddess
                                                                                  Jeffrey S. Goddess (No. 630)
                                                                                  Rosenthal, Monhait & Goddess, P.A.
                                                                                  919 Market Street, Suite 1401
                                                                                  P. O. Box 1070
                                                                                  Wilmington, DE  19899-1070
                                                                                  jgoddess@rmgglaw.com
                                                                                  (302) 656-4433
                                                                                    *Attorney for Plaintiff*
                                                                                    *Louisiana Wholesale Drug*
                                                                                    *Company, Inc.*

April 5, 2011